# Court of Appeals
# of the State of Georgia

ATLANTA,  January 28, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0959. PATRICK HENRY NELSON v. THE STATE.**

A jury found Patrick Henry Nelson guilty of child molestation and aggravated child molestation, and his convictions were affirmed on appeal. See *Nelson v. State*, 279 Ga. App. 859 (632 SE2d 749) (2006). Nelson subsequently filed an extraordinary motion for new trial, which the trial court denied. Nelson then filed this direct appeal. We, however, lack jurisdiction.

An appeal from an order denying an extraordinary motion for new trial must be initiated by filing an application for discretionary appeal. See OCGA § 5-6-35 (a) (7), (b); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Nelson's failure to file a discretionary application deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,  01/28/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.